# CHARLESTON

BING et al v. BIG SANDY, EAST LYNN & GUYAN RAILROAD COMPANY.

Submitted June 12, 1907. Decided January 14, 1908.

RAILROADS—*Grants of Rights of Way.*

Syllabus and opinion in *Jackson* v. *Big Sandy &c R. R. Co.*, 59 S. E. 749, adopted and applied. (p. 345.)

Appeal from Circuit Court, Wayne County.

Bill by H. E. Bing and others against the Big Sandy, East Lynn & Guyan Railroad Company. Decree for plaintiffs, and defendant appeals.

*Affirmed.*

HOLT & DUNCAN, for appellant.

WILLIAM FRY and CAMPBELL, HEFFLEY & DAVIS, for appellees.

POFFENBARGER, PRESIDENT:

In respect to their effect under both legal and equitable principles, so far as either or both are involved, all the material facts, circumstances, pleadings and proceedings in this case are exactly like those of *Virginia Jackson* v. *Big Sandy &c. Railroad Company*, decided at the last term. Since what is stated in the syllabus and opinion filed in that case fully sustains a like decision in this, it is adopted as our opinion herein, and the same order will be made here that was entered in said case.

*Affirmed.*